S. LANE TUCKER
United States Attorney

SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ABDULLAH LATEEF BATES, and SABRINA RIVERA IMHOTEP,<br><br>　　　　　Defendants. | No.  3:23-cr-00072-SLG-KFR<br><br>COUNT 1:<br>FELON IN POSSESSION OF A FIREARM<br>　Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>　18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

　　The Grand Jury charges that:

COUNT 1

　　On or about September 17, 2021, within the District of Alaska, the defendants, ABDULLAH LATEEF BATES, and SABRINA RIVERA IMHOTEP, each knowing that they had been previously convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed, in and affecting interstate commerce, firearms, to wit:

Firearms

| Type | Model | Caliber |
|---|---|---|
| Norinco Rifle | SKS | 7.62 |
| DPMS Rifle | AR-15 | .223/5.56 |
| Ucyildiz Arms Shotgun | Akdal MKA-1919 | 12 |
| Taurus Pistol | Spectrum | .380 |
| Smith & Wesson Pistol | M&P Shield | 9mm |
| CZ Pistol | CZ-75 | 9mm |

Prior Convictions

| Defendant | Conviction | Offense | Court | Case No. |
|---|---|---|---|---|
| Abdullah Lateef Bates | July 30, 2021 | Misconduct Involving Weapons in the Third Degree | Superior Court for the State of Alaska, Third Judicial District | 3AN-20-04705CR |
| Sabrina Rivera Imhotep | March 28, 2019 | Forgery in the Second Degree | Superior Court for the State of Alaska, Third Judicial District | 3AN-16-05612CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Upon conviction of the offense in Count 1 of this Indictment, the defendants,

ABDULLAH LATEEF BATES, and SABRINA RIVERA IMHOTEP, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in knowing violation of the offense, including but not limited to:

1. a Norinco Rifle, Model SKS, Caliber: 7.62, SN: D24048706;

2. a DPMS Rifle, Model AR-15, Caliber: .223/5.56, SN: F257719;

3. a Ucyildiz Shotgun, Model Akdal MKA-1919, Caliber: 12, SN 1305665;

4. a Taurus Pistol, Model Spectrum, Caliber: .380, SN: 1P146598;

5. a CZ pistol, Model CZ-75, Caliber: 9 mm, SN: C794082; and

6. any and all associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

                                                  s/ Grand Jury Foreperson
                                                  GRAND JURY FOREPERSON

s/ Seth M. Beausang
SETH M. BEAUSANG
Assistant U.S. Attorney
United States of America


s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America


DATE:  August 15, 2023